# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL HARRIS, Individually and as     :
the Administrator of the ESTATE of      :
QUINCY DAY-HARRIS                        :
46 Anderson Court                       :
Bear, DE 19701                          :
                             Plaintiff  :    Docket No.:
       v.                               :
                                        :
CITY OF PHILADELPHIA                    :
1515 Arch Street                        :
Philadelphia, PA 19102                  :    **JURY TRIAL DEMANDED**
                                        :
and                                     :
                                        :
                                        :
PRISON COMMISSIONER BLANCHE             :
CARNEY                                  :
Philadelphia Department of Prisons      :
7901 State Road                         :
Philadelphia, PA  19136                 :
                                        :
and                                     :
                                        :
WARDEN MICHELE FARRELL                  :
Curran-Fromhold Correctional Facility   :
7901 State Road                         :
Philadelphia, PA 19136                  :
                                        :
and                                     :
                                        :
SERGEANT JEFFREY BISHOP                 :
Curran-Fromhold Correctional Facility   :
7901 State Road                         :
Philadelphia, PA 19136                  :
                                        :
and                                     :
                                        :
CORRECTIONAL OFFICER JORDAN             :
HARRIS                                  :
Curran-Fromhold Correctional Facility   :
7901 State Road                         :
Philadelphia, PA 19136                  :
                                        :

and                                            :
                                               :
CORRECTIONAL OFFICER ANDREW                    :
MENDES                                         :
Curran-Fromhold Correctional Facility          :
7901 State Road                                :
Philadelphia, PA 19136                         :
                                               :
and                                            :
                                               :
CORRECTIONAL OFFICERS                          :
JOHN/JANE DOES (1-10) (Fictitious)             :
Curran-Fromhold Correctional Facility          :
7901 State Road                                :
Philadelphia, PA 19136                         :
                                               :
and                                            :
                                               :
CENTURION HEALTH                               :
21251 Ridgetop Circle                          :
Sterling, VA 20166                             :
                                               :
and                                            :
                                               :
MHM SERVICES, INC.                             :
1593 Spring Hill Rd., Suite 600                :
Vienna, VA 22182                               :
                                               :
and                                            :
                                               :
AMY FISHER, LSW                                :
Centurion Health                               :
21251 Ridgetop Circle                          :
Sterling, VA 20166                             :
                                               :
                                               :
and                                            :
                                               :
KYERSTYN O'HARA, SW                            :
Centurion Health                               :
21251 Ridgetop Circle                          :
Sterling, VA 20166                             :
                                               :
and                                            :
                                               :
                                               :

JILL REGALBUTO, LSW                    :
a/k/a Jill Harris                      :
Centurion Health                       :
21251 Ridgetop Circle                  :
Sterling, VA 20166                     :
                                       :
and                                    :
                                       :
MEDICAL PROVIDERS JOHN/JANE            :
DOES (1-10) (fictitious)               :
Centurion Health                       :
21251 Ridgetop Circle                  :
Sterling, VA 20166                     :
                                       :
                    Defendants         :

## CERTIFICATE OF MERIT AS TO
## <u>DEFENDANT, CENTURION HEALTH</u>

I, Todd A. Schoenhaus, Esquire, certify that:

 X    an appropriate licensed professional(s) has supplied a written statement(s) to the

undersigned that there is a basis to conclude that the care, skill or knowledge exercised or

exhibited by this Defendant in the treatment, practice or work that is the subject matter of the

Complaint, fell outside acceptable professional standards and that such conduct was a cause in

bringing about the harm;

AND/OR

 X    the claim that this Defendant deviated from an acceptable professional standard is based

solely on allegations that other licensed professionals for whom this Defendant is responsible

deviated from an acceptable professional standards and  an appropriate license professional(s)

has supplied a written statement(s) to the undersigned that there is a basis to conclude that the

care, skill or knowledge exercised or exhibited by the other licensed professionals in the

treatment, practice or work that is the subject of the Complaint, fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm;

OR

___expert testimony of an appropriate licensed professional is unnecessary for prosecution of the

claim against this Defendant.

**EISENBERG, ROTHWEILER,
WINKLER, EISENBERG & JECK, PC**

By: ___s/Todd A. Schoenhaus_____
          NANCY J. WINKLER, ESQUIRE
          TODD A. SCHOENHAUS, ESQUIRE
          1634 Spruce Street
          Philadelphia, PA 19103
          (215) 546-6636
          (215) 546-3641 fax
          Attorneys for Plaintiff

Dated: August 21, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL HARRIS, Individually and as the Administrator of the ESTATE of QUINCY DAY-HARRIS<br>46 Anderson Court<br>Bear, DE 19701 | : | |
| Plaintiff | : | Docket No.: |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA<br>1515 Arch Street<br>Philadelphia, PA 19102 | : | **JURY TRIAL DEMANDED** |
| and | : | |
| PRISON COMMISSIONER BLANCHE CARNEY<br>Philadelphia Department of Prisons<br>7901 State Road<br>Philadelphia, PA  19136 | : | |
| and | : | |
| WARDEN MICHELE FARRELL<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | : | |
| and | : | |
| SERGEANT JEFFREY BISHOP<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | : | |
| and | : | |
| CORRECTIONAL OFFICER JORDAN HARRIS<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | : | |

and                                              :
                                                 :
CORRECTIONAL OFFICER ANDREW                      :
MENDES                                           :
Curran-Fromhold Correctional Facility            :
7901 State Road                                  :
Philadelphia, PA 19136                           :
                                                 :
and                                              :
                                                 :
CORRECTIONAL OFFICERS                            :
JOHN/JANE DOES (1-10) (Fictitious)               :
Curran-Fromhold Correctional Facility            :
7901 State Road                                  :
Philadelphia, PA 19136                           :
                                                 :
and                                              :
                                                 :
CENTURION HEALTH                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
and                                              :
                                                 :
MHM SERVICES, INC.                               :
1593 Spring Hill Rd., Suite 600                  :
Vienna, VA 22182                                 :
                                                 :
and                                              :
                                                 :
AMY FISHER, LSW                                  :
Centurion Health                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
                                                 :
and                                              :
                                                 :
KYERSTYN O'HARA, SW                              :
Centurion Health                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
and                                              :
                                                 :
                                                 :

2

JILL REGALBUTO, LSW                              :
a/k/a Jill Harris                                :
Centurion Health                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
and                                              :
                                                 :
MEDICAL PROVIDERS JOHN/JANE                       :
DOES (1-10) (fictitious)                          :
Centurion Health                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
                          Defendants             :

---

## CERTIFICATE OF MERIT AS TO
## DEFENDANT, MHM SERVICES, INC.

I, Todd A. Schoenhaus, Esquire, certify that:

 X    an appropriate licensed professional(s) has supplied a written statement(s) to the

undersigned that there is a basis to conclude that the care, skill or knowledge exercised or

exhibited by this Defendant in the treatment, practice or work that is the subject matter of the

Complaint, fell outside acceptable professional standards and that such conduct was a cause in

bringing about the harm;

AND/OR

 X    the claim that this Defendant deviated from an acceptable professional standard is based

solely on allegations that other licensed professionals for whom this Defendant is responsible

deviated from an acceptable professional standards and  an appropriate license professional(s)

has supplied a written statement(s) to the undersigned that there is a basis to conclude that the

care, skill or knowledge exercised or exhibited by the other licensed professionals in the

treatment, practice or work that is the subject of the Complaint, fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm;

OR

___expert testimony of an appropriate licensed professional is unnecessary for prosecution of the

claim against this Defendant.

                                     **EISENBERG, ROTHWEILER,**
                                     **WINKLER, EISENBERG & JECK, PC**

                        By:   s/Todd A. Schoenhaus           
                                  NANCY J. WINKLER, ESQUIRE
                                  TODD A. SCHOENHAUS, ESQUIRE
                                  1634 Spruce Street
                                  Philadelphia, PA 19103
                                  (215) 546-6636
                                  (215) 546-3641 fax
                                  Attorneys for Plaintiff

Dated: August 21, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL HARRIS, Individually and as | : | |
| the Administrator of the ESTATE of | : | |
| QUINCY DAY-HARRIS | : | |
| 46 Anderson Court | : | |
| Bear, DE 19701 | : | |
| Plaintiff | : | Docket No.: |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |
| 1515 Arch Street | : | |
| Philadelphia, PA 19102 | : | **JURY TRIAL DEMANDED** |
| | : | |
| and | : | |
| | : | |
| PRISON COMMISSIONER BLANCHE | : | |
| CARNEY | : | |
| Philadelphia Department of Prisons | : | |
| 7901 State Road | : | |
| Philadelphia, PA  19136 | : | |
| | : | |
| and | : | |
| | : | |
| WARDEN MICHELE FARRELL | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| SERGEANT JEFFREY BISHOP | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| CORRECTIONAL OFFICER JORDAN | : | |
| HARRIS | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |
| | : | |

and                                                   :
                                                      :
CORRECTIONAL OFFICER ANDREW                           :
MENDES                                                :
Curran-Fromhold Correctional Facility                 :
7901 State Road                                       :
Philadelphia, PA 19136                                :
                                                      :
and                                                   :
                                                      :
CORRECTIONAL OFFICERS                                 :
JOHN/JANE DOES (1-10) (Fictitious)                    :
Curran-Fromhold Correctional Facility                 :
7901 State Road                                       :
Philadelphia, PA 19136                                :
                                                      :
and                                                   :
                                                      :
CENTURION HEALTH                                      :
21251 Ridgetop Circle                                 :
Sterling, VA 20166                                    :
                                                      :
and                                                   :
                                                      :
MHM SERVICES, INC.                                    :
1593 Spring Hill Rd., Suite 600                       :
Vienna, VA 22182                                      :
                                                      :
and                                                   :
                                                      :
AMY FISHER, LSW                                       :
Centurion Health                                      :
21251 Ridgetop Circle                                 :
Sterling, VA 20166                                    :
                                                      :
                                                      :
and                                                   :
                                                      :
KYERSTYN O'HARA, SW                                   :
Centurion Health                                      :
21251 Ridgetop Circle                                 :
Sterling, VA 20166                                    :
                                                      :
and                                                   :
                                                      :
                                                      :

2

```
JILL REGALBUTO, LSW             :
a/k/a Jill Harris               :
Centurion Health                :
21251 Ridgetop Circle           :
Sterling, VA 20166              :
                                :
and                             :
                                :
MEDICAL PROVIDERS JOHN/JANE      :
DOES (1-10) (fictitious)        :
Centurion Health                :
21251 Ridgetop Circle           :
Sterling, VA 20166              :
                                :
                  Defendants     :
```

## CERTIFICATE OF MERIT AS TO
## <u>DEFENDANT, AMY FISHER, LSW</u>

I, Todd A. Schoenhaus, Esquire, certify that:

__X__ an appropriate licensed professional(s) has supplied a written statement(s) to the

undersigned that there is a basis to conclude that the care, skill or knowledge exercised or

exhibited by this Defendant in the treatment, practice or work that is the subject matter of the

Complaint, fell outside acceptable professional standards and that such conduct was a cause in

bringing about the harm;

AND/OR

____ the claim that this Defendant deviated from an acceptable professional standard is based

solely on allegations that other licensed professionals for whom this Defendant is responsible

deviated from an acceptable professional standards and  an appropriate license professional(s)

has supplied a written statement(s) to the undersigned that there is a basis to conclude that the

care, skill or knowledge exercised or exhibited by the other licensed professionals in the

treatment, practice or work that is the subject of the Complaint, fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm;

OR

___expert testimony of an appropriate licensed professional is unnecessary for prosecution of the

claim against this Defendant.

<div align="right">

**EISENBERG, ROTHWEILER,**
**WINKLER, EISENBERG & JECK, PC**


By:   s/Todd A. Schoenhaus
      NANCY J. WINKLER, ESQUIRE
      TODD A. SCHOENHAUS, ESQUIRE
      1634 Spruce Street
      Philadelphia, PA 19103
      (215) 546-6636
      (215) 546-3641 fax
      Attorneys for Plaintiff

</div>

Dated: August 21, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MICHAEL HARRIS, Individually and as   :
the Administrator of the ESTATE of     :
QUINCY DAY-HARRIS                :
46 Anderson Court                  :
Bear, DE 19701                    :
                  Plaintiff  :  Docket No.:
   v.                       :
                          :
CITY OF PHILADELPHIA        :
1515 Arch Street                 :
Philadelphia, PA 19102       :  **JURY TRIAL DEMANDED**
                          :
and                        :
                          :
PRISON COMMISSIONER BLANCHE :
CARNEY                  :
Philadelphia Department of Prisons  :
7901 State Road               :
Philadelphia, PA  19136      :
                          :
and                        :
                          :
WARDEN MICHELE FARRELL    :
Curran-Fromhold Correctional Facility :
7901 State Road               :
Philadelphia, PA 19136       :
                          :
and                        :
                          :
SERGEANT JEFFREY BISHOP    :
Curran-Fromhold Correctional Facility :
7901 State Road               :
Philadelphia, PA 19136       :
                          :
and                        :
                          :
CORRECTIONAL OFFICER JORDAN :
HARRIS                  :
Curran-Fromhold Correctional Facility :
7901 State Road               :
Philadelphia, PA 19136       :
                          :

and                                                     :
                                                        :
CORRECTIONAL OFFICER ANDREW                             :
MENDES                                                  :
Curran-Fromhold Correctional Facility                   :
7901 State Road                                         :
Philadelphia, PA 19136                                  :
                                                        :
and                                                     :
                                                        :
CORRECTIONAL OFFICERS                                   :
JOHN/JANE DOES (1-10) (Fictitious)                      :
Curran-Fromhold Correctional Facility                   :
7901 State Road                                         :
Philadelphia, PA 19136                                  :
                                                        :
and                                                     :
                                                        :
CENTURION HEALTH                                        :
21251 Ridgetop Circle                                   :
Sterling, VA 20166                                      :
                                                        :
and                                                     :
                                                        :
MHM SERVICES, INC.                                      :
1593 Spring Hill Rd., Suite 600                         :
Vienna, VA 22182                                        :
                                                        :
and                                                     :
                                                        :
AMY FISHER, LSW                                         :
Centurion Health                                        :
21251 Ridgetop Circle                                   :
Sterling, VA 20166                                      :
                                                        :
                                                        :
and                                                     :
                                                        :
KYERSTYN O'HARA, SW                                     :
Centurion Health                                        :
21251 Ridgetop Circle                                   :
Sterling, VA 20166                                      :
                                                        :
and                                                     :
                                                        :
                                                        :

2

JILL REGALBUTO, LSW                   :
a/k/a Jill Harris                     :
Centurion Health                      :
21251 Ridgetop Circle                 :
Sterling, VA 20166                    :
                                      :
and                                   :
                                      :
MEDICAL PROVIDERS JOHN/JANE           :
DOES (1-10) (fictitious)              :
Centurion Health                      :
21251 Ridgetop Circle                 :
Sterling, VA 20166                    :
                                      :
                  Defendants          :

## CERTIFICATE OF MERIT AS TO
## <u>DEFENDANT, KYERSTYN O'HARA, SW</u>

I, Todd A. Schoenhaus, Esquire, certify that:

  __X__  an appropriate licensed professional(s) has supplied a written statement(s) to the

undersigned that there is a basis to conclude that the care, skill or knowledge exercised or

exhibited by this Defendant in the treatment, practice or work that is the subject matter of the

Complaint, fell outside acceptable professional standards and that such conduct was a cause in

bringing about the harm;

AND/OR

____  the claim that this Defendant deviated from an acceptable professional standard is based

solely on allegations that other licensed professionals for whom this Defendant is responsible

deviated from an acceptable professional standards and  an appropriate license professional(s)

has supplied a written statement(s) to the undersigned that there is a basis to conclude that the

care, skill or knowledge exercised or exhibited by the other licensed professionals in the

treatment, practice or work that is the subject of the Complaint, fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm;

OR

____expert testimony of an appropriate licensed professional is unnecessary for prosecution of the

claim against this Defendant.

               **EISENBERG, ROTHWEILER,**
               **WINKLER, EISENBERG & JECK, PC**


By: ___s/Todd A. Schoenhaus_____
      NANCY J. WINKLER, ESQUIRE
      TODD A. SCHOENHAUS, ESQUIRE
      1634 Spruce Street
      Philadelphia, PA 19103
      (215) 546-6636
      (215) 546-3641 fax
      Attorneys for Plaintiff

Dated: August 21, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL HARRIS, Individually and as the Administrator of the ESTATE of QUINCY DAY-HARRIS<br>46 Anderson Court<br>Bear, DE 19701 | : | |
| Plaintiff | : | Docket No.: |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA<br>1515 Arch Street<br>Philadelphia, PA 19102 | : | **JURY TRIAL DEMANDED** |
| | : | |
| and | : | |
| | : | |
| PRISON COMMISSIONER BLANCHE CARNEY<br>Philadelphia Department of Prisons<br>7901 State Road<br>Philadelphia, PA  19136 | : | |
| | : | |
| and | : | |
| | : | |
| WARDEN MICHELE FARRELL<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| SERGEANT JEFFREY BISHOP<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| CORRECTIONAL OFFICER JORDAN HARRIS<br>Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 | : | |

and                                              :
                                                 :
CORRECTIONAL OFFICER ANDREW                      :
MENDES                                           :
Curran-Fromhold Correctional Facility            :
7901 State Road                                  :
Philadelphia, PA 19136                           :
                                                 :
and                                              :
                                                 :
CORRECTIONAL OFFICERS                            :
JOHN/JANE DOES (1-10) (Fictitious)               :
Curran-Fromhold Correctional Facility            :
7901 State Road                                  :
Philadelphia, PA 19136                           :
                                                 :
and                                              :
                                                 :
CENTURION HEALTH                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
and                                              :
                                                 :
MHM SERVICES, INC.                               :
1593 Spring Hill Rd., Suite 600                  :
Vienna, VA 22182                                 :
                                                 :
and                                              :
                                                 :
AMY FISHER, LSW                                  :
Centurion Health                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
                                                 :
and                                              :
                                                 :
KYERSTYN O'HARA, SW                              :
Centurion Health                                 :
21251 Ridgetop Circle                            :
Sterling, VA 20166                               :
                                                 :
and                                              :
                                                 :
                                                 :

2

| | |
|---|---|
| JILL REGALBUTO, LSW | : |
| a/k/a Jill Harris | : |
| Centurion Health | : |
| 21251 Ridgetop Circle | : |
| Sterling, VA 20166 | : |
| | : |
| and | : |
| | : |
| MEDICAL PROVIDERS JOHN/JANE | : |
| DOES (1-10) (fictitious) | : |
| Centurion Health | : |
| 21251 Ridgetop Circle | : |
| Sterling, VA 20166 | : |
| | : |
| Defendants | : |

## CERTIFICATE OF MERIT AS TO
## <u>DEFENDANT, JILL REGALBUTO, LSW A/K/A JILL HARRIS</u>

I, Todd A. Schoenhaus, Esquire, certify that:

  __X__  an appropriate licensed professional(s) has supplied a written statement(s) to the

undersigned that there is a basis to conclude that the care, skill or knowledge exercised or

exhibited by this Defendant in the treatment, practice or work that is the subject matter of the

Complaint, fell outside acceptable professional standards and that such conduct was a cause in

bringing about the harm;

AND/OR

____    the claim that this Defendant deviated from an acceptable professional standard is based

solely on allegations that other licensed professionals for whom this Defendant is responsible

deviated from an acceptable professional standards and  an appropriate license professional(s)

has supplied a written statement(s) to the undersigned that there is a basis to conclude that the

care, skill or knowledge exercised or exhibited by the other licensed professionals in the

treatment, practice or work that is the subject of the Complaint, fell outside acceptable

professional standards and that such conduct was a cause in bringing about the harm;

OR

____expert testimony of an appropriate licensed professional is unnecessary for prosecution of the

claim against this Defendant.

<div style="margin-left:40%">

**EISENBERG, ROTHWEILER,**
**WINKLER, EISENBERG & JECK, PC**


By: ___s/Todd A. Schoenhaus_____
     NANCY J. WINKLER, ESQUIRE
     TODD A. SCHOENHAUS, ESQUIRE
     1634 Spruce Street
     Philadelphia, PA 19103
     (215) 546-6636
     (215) 546-3641 fax
     Attorneys for Plaintiff

</div>

Dated: August 21, 2023