IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HARRIS, *Individually and as the Administrator of the* ESTATE of QUINCY DAY-HARRIS : : : : v. : : CITY OF PHILADELPHIA, *ET AL.* : | CIVIL ACTION<br><br>NO. 23-3219 |

### ORDER

**AND NOW**, this 28th day of January, 2026, upon consideration of the Motion for Summary Judgment of Defendants, City of Philadelphia (the "City"), former City Prison Commissioner Blanche Carney ("Commissioner Carney"), Sergeant Jeffrey Bishop ("Sergeant Bishop"), Correctional Officer Jordan Harris ("CO Harris"), and Correctional Officer Andrew Mendes ("CO Mendes") (collectively, the "City Defendants"), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the City Defendants' Motion is **GRANTED in part** and **DENIED in part** as follows:[1]

1. The Motion is **DENIED** as to the City, Commissioner Carney, and CO Harris.

2. The Motion is **GRANTED** as to Sergeant Bishop and CO Mendes, and Plaintiff's claims against both are **DISMISSED** *with prejudice*.[2]

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 21, Plaintiff's Complaint is **DISMISSED** as to Correctional Officers John/Jane Does (1-10) and Medical Providers John/Jane Does (1-10). *See Blakeslee v. Clinton Cnty.*, 336 F. App'x 248, 250 (3d Cir. 2009).

**IT IS SO ORDERED.**

                                **BY THE COURT:**

                          */s/ R. Barclay Surrick*
                         **R. BARCLAY SURRICK, J.**

---

[1] The Court's Memorandum in support of this Order will be issued separately.

[2] Plaintiff does not oppose the Motion with respect to Sergeant Bishop and CO Mendes. (Pl.'s Opp. Mem., ECF No. 61, at 1 n.1, 13 n.6.)